MARJORIE M JOHNSON, CSB # 146540
MARJORIE M JOHNSON
P.O. BOX 1149
RIVERSIDE, CA 92502
TELEPHONE: (951) 778-9878
FACSIMILE: (951) 750-6497
MMJESQ@YAHOO.COM

ATTORNEY FOR CREDITOR
CARVANA, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

| IN RE: | ) Case No. 6:22-BK-14509-WJ |
|---|---|
| Grayson Ann Pierson | ) (Chapter 13 Proceeding) |
| | ) **CREDITOR CARVANA, LLC'S OBJECTION** |
| | ) **TO CONFIRMATION OF CHAPTER 13 PLAN** |
| | ) **341 Hearing:** |
| | ) Time: 08:00 AM |
| | ) Date: January 11, 2023 |
| | ) **Confirmation Hearing:** |
| | ) Time: 02:00 PM |
| Debtor. | ) Date: June 26, 2023 |
| | ) Location: Courtroom 304, |
| | )             3420 Twelfth Street Riverside, CA 92501 |
| | ) Judge: Wayne E. Johnson |

COMES NOW, Carvana, LLC ("Creditor"), and respectfully objects to confirmation of the Chapter 13 Plan ("Plan") filed by Grayson Ann Pierson (hereafter referred to as "Debtor") and states the following:

**BACKGROUND**

1.    This United States Bankruptcy Court for the Central District of California has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 1325. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A), (L), and (O).

1

2. On December 01, 2022, Debtor filed a petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code ("Petition").

3. Creditor holds a security interest in the vehicle identified as a 2018 Mercedes-Benz GLC GLC 300 Sport Utility 4D , VIN: WDC0G4JB3JV022494 (the "Collateral"). Copies of the Motor Vehicle Retail Installment Sales Contract and evidence of title are attached as Exhibits "A" and "B," respectively.

4. The Collateral was acquired by Debtor for personal use.

5. The balance owed under the Sales Contract at the time of Petition was $42,895.61.

6. The Chapter 13 Plan filed proposes to pay Creditor's claim in the amount of $42,895.61 at 4.00% interest over the term of 60 months.

**GROUNDS FOR OBJECTION**

Creditor objects to the Plan for the following reasons:

7. The Plan fails to pay the applicable prime plus interest rate. In addition, the Debtor must pay the present value of the secured claim by paying the creditor a discount rate of interest as measured by the formula rate expressed by the United States Supreme Court in *Till v. SCS Credit Corp.,* 541 U.S. 465 (2004). *See also Drive Fin. Servs., L.P. v. Jordan,* 521 F.3d 343 (5th Cir. 2008) (applying prime plus rate to vehicle lender's claim). The current prime rate of interest is 7.000%. To the extent that the Plan proposes to pay less than the prime interest rate plus 1.000%, Creditor objects to the confirmation of the Plan.

WHEREFORE, Creditor asks the Court to deny confirmation of the Chapter 13 Plan, and dismiss the Chapter 13 case, or, in the alternative, convert the case under Chapter 7 of the Bankruptcy Code. Creditor asks for such other and further relief to which it is justly entitled.

Dated:    January 11, 2023    Marjorie M Johnson

*/s/ Marjorie M Johnson*
Attorney for Carvana, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
P.O. Box 1149 , Riverside, CA 92502

A true and correct copy of the foregoing document entitled (*specify*): OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/11/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Service List

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/11/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See Attached Service List

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/11/2023 | Gloria Yeager | /s/ Gloria Yeager |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

## ATTACHMENT "SERVICE LIST"

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Benjamin Heston bhestonecf@gmail.com
Rod Danielson notice-efile@rodan13.com
U.S. Trustee ustpregion16.rs.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL:**

| **DEBTOR** | **PRESIDING JUDGE'S COPY:** |
|---|---|
| Grayson Ann Pierson | Judge Wayne E. Johnson |
| 11355 8th Ave | 3420 Twelfth Street, Suite 384 |
| Hesperia, CA 92345 | Riverside, CA 92501-3819 |
| By First Class Mail | By First Class Mail |