**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle, Suite 100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

In re:

GRAYSON ANN PIERSON,

Debtor.

Case No.: 6:22-bk-14509-WJ

Chapter 13

**DECLARATION OF DEBTOR REGARDING SECURED DEBT PAYMENT HISTORY**

<u>Confirmation Hearing</u>
Date: June 26, 2023
Time: 1:30 PM
Location:
   Courtroom 304
   United States Bankruptcy Court
   Central District of California
   3420 Twelfth Street
   Riverside, California 92501

I, Grayson Pierson, declare as follows:

1. I am the Debtor in this Chapter 13 bankruptcy case filed on December 1, 2022. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. The assets in this bankruptcy case include the real property located at 3406 Domingo Court, Tillamook, OR 97141 ("Property") which I have listed on Schedule A/B with a value of $275,000.

3. A foreclosure had been set for December 6, 2022, and I am not currently aware of a future sale date.

4. The Property is not my current residence.

5. The Property is encumbered by a first deed of trust in favor of Shellpoint Mortgage.

   a. The current principal balance owing is $253,107;

   b. My monthly mortgage payment is currently $1,056;

   c. The unpaid, accrued arrearage is $77,452.

6. During each of the months listed below, I made the following payments on my first deed of trust:

| MONTH | Amounts Paid to 1st Lienholder |
|---|---|
| January 2021 | $0 |
| February 2021 | $0 |
| March 2021 | $0 |
| April 2021 | $0 |
| May 2021 | $0 |
| June 2021 | $0 |
| July 2021 | $0 |
| August 2021 | $0 |
| September 2021 | $0 |
| October 2021 | $0 |
| November 2021 | $0 |
| December 2021 | $0 |
| January 2022 | $0 |
| February 2022 | $0 |
| March 2022 | $0 |
| April 2022 | $0 |
| May 2022 | $0 |
| June 2022 | $0 |
| July 2022 | $0 |

| | |
|---|---|
| August 2022 | $0 |
| September 2022 | $0 |
| October 2022 | $0 |
| November 2022 | $0 |
| December 2022 | $0 |
| January 2023 | $1,056 |

7. Attached to this declaration are true and correct copies of proof of any and all payments made during the last six months.

8. In 2021, my total income from all sources was $35,200.

9. In 2022, my total income from all sources was $68,200.

10. My total income for 2023 (year to date) from all sources is approximately $13,699 as of the date of this declaration.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Date: January 11, 2023

*/s/ Grayson Pierson*
GRAYSON ANN PIERSON



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF DEBTOR REGARDING SECURED DEBT PAYMENT HISTORY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/11/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)     notice-efile@rodan13.com
Benjamin Heston     bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Marjorie M Johnson     mmjesq@yahoo.com, ca.ecf@aislegaltrac.com
Arvind Nath Rawal     arawal@aisinfo.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 1/11/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Wayne E. Johnson
3420 Twelfth Street
Suite 384 / Courtroom 304
Riverside, CA 92501

SHELLPOINT MORTGAGE
75 BEATTIE PL STE 300
GREENVILLE, SC 29601

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/11/2023 | **Benjamin Heston** | **/s/Benjamin Heston** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                   **F 9013-3.1.PROOF.SERVICE**