# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

| | |
|---|---|
| **Wednesday, January 11, 2023** | **Hearing Room 304** |

**1:30 PM**

**6:22-14509**  Grayson Ann Pierson                                                          Chapter 13

#4.00    Hrg re status conference regarding confirmation of the chapter 13 plan

Docket    1

*** VACATED ***    REASON: SCHEDULING ORDER ENTERED 12-12-22; CONT'D TO 6-26-23 AT 1:30 P.M.

**Matter Notes:**
- NONE LISTED -

**Tentative Ruling:**
- NONE LISTED -

### Party Information

**Debtor(s):**

Grayson Ann Pierson                    Represented By
                                        Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)                     Pro Se