1  MARJORIE M JOHNSON, CSB # 146540
   MARJORIE M JOHNSON
2  P.O. BOX 1149
   RIVERSIDE, CA 92502
3  TELEPHONE: (951) 778-9878
   FACSIMILE: (951) 750-6497
4  MMJESQ@YAHOO.COM

5  ATTORNEY FOR CREDITOR
   CARVANA, LLC,

6

7

8              **UNITED STATES BANKRUPTCY COURT**
               **CENTRAL DISTRICT OF CALIFORNIA (RIVERSIDE)**
9

10  In Re:                            Case No.: 6:22-BK-14509-WJ
                                      (Chapter 13 Proceeding)
11  Grayson Ann Pierson
                                      **WITHDRAWAL OF OBJECTION TO**
12       Debtor(s).                   **CONFIRMATION OF CHAPTER 13**
                                      **PLAN (DOC. 23)**
13

14                                    Judge: Wayne E. Johnson

15  _____/

16

17      Comes Now, CARVANA, LLC, ("Creditor"), to file this withdrawal of objection to

18  Confirmation of the Plan and states the following:

19      1.   The Creditor filed an Objection to Confirmation of the Chapter 13 Plan on January 11,

20  2023 (Doc. 23) ("Objection") regarding its interest in a 2018 Mercedes-Benz GLC GLC 300 Sport

21  Utility 4D , VIN: WDC0G4JB3JV022494 (the "Collateral").

22      2.   The Trustee shall pay the secured claim of Carvana, LLC in the amount of $42,895.61

23  at a rate no less than $869.77 per month for 60 months with interest at the rate of 8% per annum.

24

                                      1

3.  The above language will reflect in the future confirmation order, which will satisfies the Creditor's claim. The Creditor has no further need at this time to pursue its Objection.

WHEREFORE, the Creditor hereby withdraws its Objection without prejudice to refiling the same.

Dated: January 20, 2023                     */s/ Marjorie M Johnson*
                                            Marjorie M Johnson