# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

| | |
|---|---|
| **Wednesday, January 25, 2023** | **Hearing Room 304** |

**2:00 PM**

**6:22-14509**  Grayson Ann Pierson  —  Chapter 13

#17.00  Confirmation of Chapter 13 Plan

Docket  1

\*\*\* VACATED \*\*\*  REASON: SCHEDULING ORDER ENTERED 12-12-22; CONT'D TO 6-26-23 AT 1:30 P.M.

**Matter Notes:**

- NONE LISTED -

**Tentative Ruling:**

- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Grayson Ann Pierson          Represented By
                             Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)           Pro Se