ROD DANIELSON, Chapter 13 Trustee
Bridget Kelly, 256197
3787 University Avenue
Riverside, CA   92501
(951) 826-8000   FAX (951) 826-8090

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

|  |  |
|---|---|
| IN RE:<br><br>GRAYSON ANN PIERSON,<br><br>Debtor(s). | Case No.: 6:22-bk-14509-WJ<br><br>Chapter 13<br><br>CHAPTER 13 TRUSTEE'S MOTION TO DISMISS AND OBJECTION TO PLAN CONFIRMATION<br><br>Confirmation Hearing<br>Date: June 26, 2023<br>Time: 1:30 PM<br>Courtroom: 304 |

In accordance with the Scheduling Order entered on December 12, 2022, the Chapter 13 Trustee hereby moves for an order dismissing this case.  Any opposition to this motion must be filed per the deadline set forth in the Scheduling Order.  Failure to comply with these provisions may result in dismissal of the case.

Dismissal is requested pursuant to 11 U.S.C. § 1307(c)(1) for unreasonable delay for failure to provide proof of post-petition rent payments, failure to provide the requested documentation, and failure to file the requested amendments.  Per the Scheduling Order,

counsel for the debtor was instructed to file a declaration with proof of all post-petition rent payments no later than June 5, 2023. While the debtor does not have a formal rental agreement with her mother, the debtor lives with her mom and pays her mother $500 per month. This monthly expense is listed on the schedule J. As of today's date, no such declaration has been filed.

The debtor did file a Secured Debt Payment History Declaration for the real property located in Oregon. Despite an email from the trustee's office sent to counsel on January 11, 2023, the proof attached to the declaration is still inadequate. The proof of January's post-petition mortgage payment is not dated and the trustee is unable to verify that this payment was indeed paid post-petition.

Counsel failed to provide the requested documentation. The trustee requested more recent proof of the substitution income and for the September 20222 bank statement that was missing. The trustee has yet to receive these items.

The trustee also requested various amendments to be filed, as well as the DSO/Tax declaration. None have been filed. Counsel has had five months since the 341(a) meeting to provide the documentation and file the documents.

Additionally, the plan is currently infeasible. To cover the IRS claim, the payment would have to increase to $7,307 starting July 2023.

For all the foregoing reasons, the Chapter 13 Trustee objects to confirmation of the plan and requests the case be dismissed.

Dated: June 8, 2023

ROD DANIELSON, Chapter 13 Standing Trustee

-2-

# DECLARATION OF BRIDGET KELLY

I, BRIDGET KELLY, declare as follows:

1. I am an attorney licensed by the State of California to practice law. I am a Staff Attorney for Rod Danielson, Chapter 13 Standing Trustee for the Riverside Division of the United States Bankruptcy Court for the Central District of California. I am admitted to practice before the District Court for the Central District of California.

2. I have personally reviewed the files, records, and documents in this case and I am familiar with the facts contained in those documents. If called as a witness, I could and would be able to testify as to the facts contained therein.

3. Counsel failed to file the required declaration pursuant to the Scheduling Order.

4. I emailed counsel on January 11, 2023 to notify him that he would need to attach proof of the January 2023 mortgage payment with a date on it.

5. At the 341(a) meeting, I requested more recent proof of the substitution income and the September 20222 bank statement.

6. I also requested various amendments to be filed, as well as the DSO/Tax declaration.

7. To cover the IRS claim, the payment would have to increase to $7,307 starting July 2023.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed by me at Riverside, California.

DATED: March 8, 2023

*Bridget Kelly*

Bridget Kelly

-3-

| In re:   **GRAYSON ANN PIERSON** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number: **6:22-bk-14509-WJ** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **CHAPTER 13 TRUSTEE'S MOTION TO DISMISS AND OBJECTION TO PLAN CONFIRMATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service Information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On **6/8/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here contitutes a declaration that mailing

Debtor
GRAYSON ANN PIERSON
11355 8TH AVE
HESPERIA, CA  92345

Attorney for Debtor
NEXUS BANKRUPTCY
100 BAYVIEW CIRCLE, STE 100
NEWPORT BEACH, CA 92660

☐ Service Information continued on attached pag

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **06/08/2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here

HONORABLE WAYNE E. JOHNSON
3420 TWELFTH STREET
COURTROOM 304
RIVERSIDE, CA 92501-3819

☐ Service Information continued on attached pag

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:173 - BK
JUNE 2012

**F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and corre

| 6/8/2023 | Susan Jones | *Susan Jones* |
|----------|-------------|---------------|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:173 - BK
JUNE 2012

**F 9013-3.1.PROOF.SERVICE**