**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle, Suite 100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>GRAYSON ANN PIERSON,<br><br>Debtor. | Case No.: 6:22-bk-14509-WJ<br><br>Chapter 13<br><br>**DECLARATION OF DEBTOR REGARDING RENTAL PAYMENTS**<br><br><u>Confirmation Hearing</u><br>Date: June 26, 2023<br>Time: 1:30 PM<br>Courtroom 304<br>Location:  3420 Twelfth Street<br>            Riverside, CA 92501 |

  I, Grayson Pierson, declare as follows:

1. I am the Debtor in this Chapter 13 bankruptcy case. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. I currently live with my mother, Gloria Allen. Although we do not have a formal rental agreement, I pay her $500 per month to help cover her living expenses.

3. Attached hereto are true and correct copies of receipts for these payments that I have made since my case was filed.

  I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Date: June 19, 2023

                       /s/ Grayson Ann Pierson
                       GRAYSON ANN PIERSON

| Receipt No. | Date | Received From | Amount | For | From | To | By |
|---|---|---|---|---|---|---|---|
| 801801 | 1.10.2023 | Grayson Pierson | $500.00 | living expenses | 1.1.23 | 1.31.23 | Georgia Allen |
| 801804 | 2.10.2023 | Grayson Pierson | $500.00 | living expenses | 2.1.23 | 2.28.23 | Georgia Allen |
| 801807 | 3.10.2023 | Grayson Pierson | $500.00 | living expenses | 3.1.2023 | 3.31.2023 | Georgia Allen |
| 801816 | 4.10.2023 | Grayson Pierson | $500.00 | living expenses | 4.1.2023 | 4.30.2023 | Georgia Allen |
| 801817 | 5.10.2023 | Grayson Pierson | $500.00 | living expenses | 5.1.2023 | 5.31.2023 | Georgia Allen |
| 801820 | 6.10.2023 | Grayson Pierson | $500.00 | living expenses | 6.1.2023 | 6.30.2023 | Georgia Allen |