**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>**GRAYSON ANN PIERSON,**<br><br>Debtor. | **Case No: 6:22-bk-14509-WJ**<br><br>**Chapter 13**<br><br>**DEBTOR'S REPLY TO TRUSTEE'S OBJECTION TO CONFIRMATION AND OPPOSITION TO MOTION TO DISMISS**<br><br>Confirmation Hearing<br>Date: June 26, 2023<br>Time: 1:30 p.m.<br>Location: Courtroom 304<br>         3420 Twelfth Street<br>         Riverside, CA 92501 |

Debtor, Grayson Ann Pierson, hereby replies to the Chapter 13 Trustee's Objection to Confirmation and opposes their Motion to Dismiss as follows:

Debtor has filed the documents outlined in the Trustee's Objection as docket entries #35 (Amended Schedule A/B, Statement of Financial Affairs), #36 (Secured Debt Payment History Declaration with dated proof of payment), #37 (Declaration re Rent Payments), and #38 (Declaration re Filing of Tax Returns and Payment of Domestic Support Obligations).

The only outstanding issue is the infeasibility caused by the Internal Revenue Service's claim for priority taxes in the amount of $132,323.39. As noted on the Proof of Claim filed on

April 13, 2023, this amount is based on an estimate due to the non-filing of the 2019 and 2020 returns. Debtor has since filed the returns for 2019 and 2020 which resulted in her receiving refunds for both years and, therefore, owing nothing to the Internal Revenue Service.

Wherefore, Debtor respectfully requests that the Court overrule the Trustee's objections as moot, deny the Trustee's Motion to Dismiss, and continue the Confirmation Hearing to allow the Internal Revenue Service to withdraw or amend their claim.

Date: June 19, 2023

BENJAMIN HESTON,
Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S REPLY TO TRUSTEE'S OBJECTION TO CONFIRMATION AND OPPOSITION TO MOTION TO DISMISS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/19/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
Nichole Glowin    bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
Marjorie M Johnson - DECEASED -    mmjesq@yahoo.com, ca.ecf@aislegaltrac.com
Arvind Nath Rawal    arawal@aisinfo.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 6/19/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Wayne E. Johnson
3420 Twelfth Street
Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/19/2023 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                **F 9013-3.1.PROOF.SERVICE**