**FILED & ENTERED**

JUN 21 2023

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gooch    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>GRAYSON ANN PIERSON,<br><br>　　　　　Debtor. | Case No.: 6:22-bk-14509-WJ<br><br>CHAPTER 13<br><br>**SCHEDULING ORDER** |

- 1 -

      The confirmation hearing and a status conference in this case are currently scheduled for June 26, 2023 at 1:30 p.m.  On June 8, 2023, Rod Danielson, the chapter 13 trustee, timely filed a motion to dismiss this case [docket #34].  On June 19, 2023, the debtor, Grayson Ann Pierson, timely filed opposition to the motion to dismiss [docket #39].

      Having reviewed the pleadings, the Court believes that the confirmation hearing and status conference should occur in person (as opposed to by telephone or video).  Accordingly, the Court hereby ORDERS:

      1.    The confirmation hearing and status conference are hereby continued from June 26, 2023 at 1:30 p.m. to July 6, 2023 at 2:15 p.m.  Counsel of record for the debtor and the trustee should appear in person on that date (i.e. not by telephone or video).  Appearances by special appearance counsel are not authorized.

      2.    The debtor shall file and serve a notice of continuance no later than June 23, 2023.

IT IS SO ORDERED.

Date: June 21, 2023

Wayne Johnson
United States Bankruptcy Judge