United States Bankruptcy Court

Central District of California

In re:

Grayson Ann Pierson

    Debtor

Case No. 22-14509-WJ

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-6             User: admin             Page 1 of 2

Date Rcvd: Jun 21, 2023             Form ID: pdf042             Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Grayson Ann Pierson, 11355 8th Ave, Hesperia, CA 92345-2002 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2023             Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arvind Nath Rawal | on behalf of Creditor Bridgecrest Acceptance Corporation  c/o AIS Portfolio Services, LLC arawal@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Grayson Ann Pierson bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Marjorie M Johnson - DECEASED - | on behalf of Creditor Carvana  LLC mmjesq@yahoo.com, ca.ecf@aislegaltrac.com |
| Nichole Glowin | on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing bankruptcy@zbslaw.com  nglowin@ecf.courtdrive.com |
| Nichole Glowin | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bankruptcy@zbslaw.com  nglowin@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |

District/off: 0973-6                          User: admin                          Page 2 of 2
Date Rcvd: Jun 21, 2023                       Form ID: pdf042                       Total Noticed: 1

United States Trustee (RS)
                        ustpregion16.rs.ecf@usdoj.gov

TOTAL: 7

**FILED & ENTERED**

JUN 21 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

GRAYSON ANN PIERSON,

Debtor.

Case No.: 6:22-bk-14509-WJ

CHAPTER 13

**SCHEDULING ORDER**

1    The confirmation hearing and a status conference in this case are currently scheduled for

2 June 26, 2023 at 1:30 p.m.  On June 8, 2023, Rod Danielson, the chapter 13 trustee, timely filed a

3 motion to dismiss this case [docket #34].  On June 19, 2023, the debtor, Grayson Ann Pierson,

4 timely filed opposition to the motion to dismiss [docket #39].

5    Having reviewed the pleadings, the Court believes that the confirmation hearing and status

6 conference should occur in person (as opposed to by telephone or video).  Accordingly, the Court

7 hereby ORDERS:

8    1.    The confirmation hearing and status conference are hereby continued from June 26,

9 2023 at 1:30 p.m. to July 6, 2023 at 2:15 p.m.  Counsel of record for the debtor and the trustee

10 should appear in person on that date (i.e. not by telephone or video).  Appearances by special

11 appearance counsel are not authorized.

12    2.    The debtor shall file and serve a notice of continuance no later than June 23, 2023.

13 IT IS SO ORDERED.

14

15

16

17

18

19

20

21

22

23

24
  Date: June 21, 2023

25
                              Wayne Johnson
26                              United States Bankruptcy Judge

27

28

- 2 -