**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>**GRAYSON ANN PIERSON,**<br><br>Debtor. | Case No: 6:22-bk-14509-WJ<br><br>Chapter 13<br><br>**NOTICE OF CONTINUANCE OF STATUS CONFERENCE AND CONFIRMATION HEARING**<br><br>**Hearing:**<br>Date: July 6, 2023<br>Time: 2:15 p.m.<br>Courtroom: 304 |

ALL INTERESTED PARTIES, PLEASE TAKE NOTICE:

The Status Conference and Confirmation Hearing that were previously scheduled for June 26, 2023 at 1:30 p.m. has been continued to July 6, 2023 at 2:15 p.m..

Date: June 23, 2023

**NEXUS BANKRUPTCY**

_____
BENJAMIN HESTON,
Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUANCE OF STATUS CONFERENCE AND CONFIRAMTION HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/23/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
Nichole Glowin    bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
Marjorie M Johnson - DECEASED -    mmjesq@yahoo.com, ca.ecf@aislegaltrac.com
Arvind Nath Rawal    arawal@aisinfo.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 6/23/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/23/2023 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

NEWREZ DBA SHELLPOINT MORTGAGE
SERVICING  ZBS LAW, LLP
30 CORPORATE PARK, SUITE 450
IRVINE, CA 92606-3401

CAPITAL ONE N.A.
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE, NC  28272-1083

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

BRIDGECREST CREDIT
7300 E HAMPTON AVE
MESA, AZ 85209-3324

FIRST DIGITAL
PO BOX 85650
SIOUX FALLS, SD 57118-5650

INDIGO - CELTIC BANK
PO BOX 4499
BEAVERTON, OR 97076-4499

MIDNIGHT VELVET
1112 7TH AVE
MONROE, WI 53566-1364

NAVIENT SOLUTIONS ON BEHALF OF
ASCENDIUM EDUCATION SOLUTIONS
PO BOX 8961
MADISON, WI 53708-8961

PORTFOLIO RECOVERY ASSOCIATES
PO BOX 41067
NORFOLK VA 23541-1067

SANTANDER CONSUMER USA
PO BOX 961245
FT WORTH, TX 76161-0244

THE BANK OF MISSOURI / FORTIVA
5 CONCOURSE PKWY
ATLANTA, GA 30328-5350

CARVANA, LLC / BRIDGECREST C/O AIS
4515 N SANTA FE AVE. DEPT. APS
OKLAHOMA CITY, OK 73118-7901

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131-0293

CARVANA, LLC / BRIDGECREST
C/O AIS PORTFOLIO
PO BOX 4138
HOUSTON, TX 77210-4138

FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104-4868

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

NEWREZ LLC D/B/A
SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE, SC 29603-0826

QUANTUM3 GROUP LLC AS AGENT FOR
GENESIS FS CARD SERVICES INC
PO BOX 788
KIRKLAND, WA  98083-0788

SHELLPOINT MORTGAGE
75 BEATTIE PL STE 300
GREENVILLE, SC 29601-2138

THE BANK OF MISSOURI
10182 TELESIS CT STE 300
SAN DIEGO, CA 92121-4777

AVANT / WEB BANK
222 N LASALLE ST STE 160
CHICAGO, IL 60601-1003

CREDIT ONE BANK
PO BOX 98875
LAS VEGAS, NV 89193-8875

DESTINY CARD
15220 NW GREENBRIERPKWY
BEAVERTON, OR 97006-5744

FIRST PROGRESS
PO BOX 9053
JOHNSON CITY, TN 37615-9053

HIGH DESERT CREDITORS
14608 MAIN ST STE D
HESPERIA, CA 92345-3381

LVNV FUNDING, LLC RESURGENT
CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

NAVIENT
123 S JUSTISON ST
WILMINGTON, DE 19801-5363

PYOD, LLC
RESURGENT CAPITAL SERVICES
PO BOX 19008
GREENVILLE, SC 29602-9008

SANTANDER CONSUMER USA
P.O. BOX 560284
DALLAS, TX 75356-0284