# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

---

**Monday, June 26, 2023**                                          **Hearing Room**     **304**

---

<u>1:30 PM</u>
**6:22-14509**     **Grayson Ann Pierson**                                **Chapter 13**

    **#27.00**     Confirmation of Chapter 13 Plan

                FROM: 1-25-23

                               Docket     1
         *** VACATED ***    REASON: SCHEDULING ORDER ENTERED 6-21-23; CONT'D TO 7-6-23 AT 2:15 P.M.

**Matter Notes:**

    - NONE LISTED -

**Tentative Ruling:**

    - NONE LISTED -

---

### Party Information

**Debtor(s):**

    Grayson Ann Pierson                             Represented By
                                                         Benjamin Heston

**Trustee(s):**

    Rod Danielson (TR)                              Pro Se