# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Monday, June 26, 2023**             Hearing Room    304

<u>1:30 PM</u>
**6:22-14509**     **Grayson Ann Pierson**                                         **Chapter 13**

    **#28.00**     Hrg re status conference regarding confirmation of the chapter 13 plan

              FROM: 1-11-23

                                     Docket      1

           *** VACATED ***    REASON: SCHEDULING ORDER ENTERED 6-21-23; CONT'D TO 7-6-23 AT 2:15 P.M.

**Matter Notes:**

    - NONE LISTED -

**Tentative Ruling:**

    - NONE LISTED -

---
**Party Information**

---

**<u>Debtor(s):</u>**

    Grayson Ann Pierson                               Represented By
                                                       Benjamin Heston

**<u>Trustee(s):</u>**

    Rod Danielson (TR)                                Pro Se