**FILED & ENTERED**

**JUL 06 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gooch    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>GRAYSON ANN PIERSON,<br><br>　　　　　Debtor. | Case No.: 6:22-bk-14509-WJ<br><br>CHAPTER 13<br><br>**DISMISSAL ORDER**<br><br>Hearing:<br>Date:　July 6, 2023<br>Time:　2:15 p.m.<br>Crtrm.: 304 |

     On July 6, 2023 at 2:15 p.m., the Court held the confirmation hearing and a status conference in this case. All appearances were noted on the record.

     Accordingly, the Court hereby ORDERS as follows:

     1.    Confirmation is denied and the bankruptcy case is hereby dismissed with no bar to re-filing for the reasons stated on the record.

IT IS SO ORDERED.

###

Date: July 6, 2023

Wayne Johnson
United States Bankruptcy Judge