**United States Bankruptcy Court**
**Central District of California**
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

---

**Thursday, July 6, 2023**                                                                 **Hearing Room    304**

---

2:15 PM
**6:22-14509**   **Grayson Ann Pierson**                                                            **Chapter 13**

#2.00   Confirmation of Chapter 13 Plan

FROM: 1-25-23, 6-23-23

Docket    1

**Matter Notes:**

PRESENT: For Chapter 13 Trustee: Bridget Kelly  For Debtor: B. HESTON
N. GLOWIN

( ) Plan confirmed.

(✓) Confirmation denied. Case dismissed without prejudice.

( ) Confirmation denied.
Case Dismissed with a 180 day bar to refiling pursuant to 11 U.S.C. § 109(g).

( ) Confirmation hearing continued. See next pages for a court order with the date and time of the continuance and additional terms of the continuance.

( ) Continued to _____ at 2:30 p.m.

**Tentative Ruling:**

- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Grayson Ann Pierson                    Represented By
                                       Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)                     Pro Se

---