# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, July 6, 2023**             **Hearing Room**    **304**

**2:15 PM**
**6:22-14509**    Grayson Ann Pierson             **Chapter 13**

    #2.01    Hrg re status conference regarding confirmation of the chapter 13 plan

         FROM: 1-11-23, 6-26-23

                         Docket     1

**Matter Notes:**

    PRESENT: _B. KELLY / N. GLOWIN_

    Counsel for the Debtor(s):
        _B. HESTON_

    ( )    The status conference is concluded.

    ( )    The status conference is continued to _____.
    Counsel for the debtors shall appear at the next status conference but the debtors are not required to appear.

    ( )    The status conference is continued to _____.
    Debtors are ordered to appear at the next status conference.

    **(✓)    Off calendar**

    ( )    _____

**Tentative Ruling:**
    - NONE LISTED -

| Party Information |
|---|

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, July 6, 2023** — **Hearing Room 304**

**2:15 PM**
**CONT...    Grayson Ann Pierson**                                    **Chapter 13**

**Debtor(s):**

Grayson Ann Pierson                    Represented By
                                       Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)                     Pro Se