United States Bankruptcy Court

Central District of California

In re:  
Grayson Ann Pierson  
　　Debtor

Case No. 22-14509-WJ  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-6　　　　　　　　　　　User: admin　　　　　　　　　　　Page 1 of 3  
Date Rcvd: Jul 06, 2023　　　　　　　　　　Form ID: ntcdsm　　　　　　　　　Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Grayson Ann Pierson, 11355 8th Ave, Hesperia, CA 92345-2002 |
| cr | + | NewRez LLC D/B/A Shellpoint Mortgage Servicing, ZBS Law, LLP, 30 Corporate Park, Suite 450, Irvine, CA 92606, UNITED STATES 92606-3401 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, ZBS Law, LLP, 30 Corporate Park, Suite 450, Irvine, CA 92606-3401 |
| 41367497 | + | HIGH DESERT CREDITORS, 14608 MAIN ST STE D, HESPERIA, CA 92345-3381 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Jul 07 2023 05:11:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jul 07 2023 05:11:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | EDI: AISACG.COM | Jul 07 2023 05:11:00 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jul 07 2023 05:11:00 | Carvana, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 41367488 | + | Email/Text: bk@avant.com | Jul 07 2023 01:21:00 | AVANT / WEB BANK, 222 N LASALLE ST STE 160, CHICAGO, IL 60601-1003 |
| 41367489 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 07 2023 01:20:00 | BRIDGECREST CREDIT, 7300 E HAMPTON AVE, MESA, AZ 85209-3324 |
| 41367490 | + | EDI: CAPITALONE.COM | Jul 07 2023 05:11:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 41367491 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 07 2023 01:33:07 | CREDIT ONE BANK, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 41397111 | | EDI: CAPITALONE.COM | Jul 07 2023 05:11:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 41395670 | + | EDI: AISACG.COM | Jul 07 2023 05:11:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 41367492 | + | EDI: PHINGENESIS | Jul 07 2023 05:11:00 | DESTINY CARD, 15220 NW GREENBRIERPKWY, BEAVERTON, OR 97006-5744 |
| 41367493 | ^ | MEBN | Jul 07 2023 01:08:54 | FIRST DIGITAL, PO BOX 85650, SIOUX FALLS, SD 57118-5650 |
| 41367494 | + | EDI: AMINFOFP.COM | Jul 07 2023 05:11:00 | FIRST PREMIER BANK, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4868 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 41367495 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Jul 07 2023 01:20:00 | FIRST PROGRESS, PO BOX 9053, JOHNSON CITY, TN 37615-9053 |
| 41393501 | | EDI: CALTAX.COM | Jul 07 2023 05:11:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 41367496 | | EDI: CALTAX.COM | Jul 07 2023 05:11:00 | Franchise Tax Board, Personal Bankruptcy MS A340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41367498 | + | EDI: PHINGENESIS | Jul 07 2023 05:11:00 | INDIGO - CELTIC BANK, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 41367499 | | EDI: IRS.COM | Jul 07 2023 05:11:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41399139 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2023 01:45:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41367500 | + | EDI: CBS7AVE | Jul 07 2023 05:11:00 | MIDNIGHT VELVET, 1112 7TH AVE, MONROE, WI 53566-1364 |
| 41367501 | | Email/Text: EBN@Mohela.com | Jul 07 2023 01:20:00 | MOHELA / DEPT OF EDUCATION, 633 SPIRIT DR, CHESTERFIELD, MO 63005 |
| 41367502 | + | EDI: NAVIENTFKASMSERV.COM | Jul 07 2023 05:11:00 | NAVIENT, 123 S JUSTISON ST, WILMINGTON, DE 19801-5363 |
| 41380687 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jul 07 2023 01:20:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 41424225 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 07 2023 01:20:00 | NewRez LLC d/b/a, Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 41425817 | | EDI: PRA.COM | Jul 07 2023 05:11:00 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 41372377 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2023 01:45:42 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 41383489 | | EDI: Q3G.COM | Jul 07 2023 05:11:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 41378034 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 07 2023 01:20:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 41367503 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 07 2023 01:20:00 | SANTANDER CONSUMER USA, PO BOX 961245, FT WORTH, TX 76161-0244 |
| 41367504 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 07 2023 01:20:00 | SHELLPOINT MORTGAGE, 75 BEATTIE PL STE 300, GREENVILLE, SC 29601-2138 |
| 41367505 | + | EDI: TCISOLUTIONS.COM | Jul 07 2023 05:11:00 | THE BANK OF MISSOURI, 10182 TELESIS CT STE 300, SAN DIEGO, CA 92121-4777 |
| 41367506 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 07 2023 01:20:00 | THE BANK OF MISSOURI / FORTIVA, 5 CONCOURSE PKWY, ATLANTA, GA 30328-5350 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

District/off: 0973-6 | User: admin | Page 3 of 3
Date Rcvd: Jul 06, 2023 | Form ID: ntcdsm | Total Noticed: 36

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 08, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arvind Nath Rawal | on behalf of Creditor Bridgecrest Acceptance Corporation c/o AIS Portfolio Services, LLC arawal@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Grayson Ann Pierson bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Marjorie M Johnson - DECEASED - | on behalf of Creditor Carvana  LLC mmjesq@yahoo.com, ca.ecf@aislegaltrac.com |
| Nichole Glowin | on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing bankruptcy@zbslaw.com nglowin@ecf.courtdrive.com |
| Nichole Glowin | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bankruptcy@zbslaw.com nglowin@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 7

**United States Bankruptcy Court**
**Central District of California**

3420 Twelfth Street, Riverside, CA 92501−3819

# NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Grayson Ann Pierson

**BANKRUPTCY NO.** 6:22−bk−14509−WJ

**CHAPTER** 13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):  xxx−xx−9459
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 7/6/23

**Address:**
11355 8th Ave
Hesperia, CA 92345

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: July 6, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm−ndms Rev. 06/2017

**46 / YG**