United States Bankruptcy Court

Central District of California

In re:  Case No. 22-14509-WJ

Grayson Ann Pierson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2

Date Rcvd: Jul 06, 2023      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Grayson Ann Pierson, 11355 8th Ave, Hesperia, CA 92345-2002 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arvind Nath Rawal | on behalf of Creditor Bridgecrest Acceptance Corporation c/o AIS Portfolio Services, LLC arawal@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Grayson Ann Pierson bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Marjorie M Johnson - DECEASED - | on behalf of Creditor Carvana LLC mmjesq@yahoo.com, ca.ecf@aislegaltrac.com |
| Nichole Glowin | on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing bankruptcy@zbslaw.com nglowin@ecf.courtdrive.com |
| Nichole Glowin | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bankruptcy@zbslaw.com nglowin@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |

| District/off: 0973-6 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Jul 06, 2023 | Form ID: pdf042 | Total Noticed: 1 |

United States Trustee (RS)  ustpregion16.rs.ecf@usdoj.gov

TOTAL: 7

**FILED & ENTERED**

JUL 06 2023

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gooch    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>GRAYSON ANN PIERSON,<br><br>              Debtor. | Case No.: 6:22-bk-14509-WJ<br><br>CHAPTER 13<br><br>**DISMISSAL ORDER**<br><br>Hearing:<br>Date:  July 6, 2023<br>Time:  2:15 p.m.<br>Crtrm.: 304 |

- 1 -

1     On July 6, 2023 at 2:15 p.m., the Court held the confirmation hearing and a status
2 conference in this case. All appearances were noted on the record.
3     Accordingly, the Court hereby ORDERS as follows:
4     1.    Confirmation is denied and the bankruptcy case is hereby dismissed with no bar to
5 re-filing for the reasons stated on the record.
6 IT IS SO ORDERED.
7                       ###

Date: July 6, 2023

Wayne Johnson
United States Bankruptcy Judge

- 2 -