ROD DANIELSON
CHAPTER 13 TRUSTEE
3787 University Avenue
Riverside, CA 92501
Tel.: (951) 826-8000
Fax: (951) 826-8090

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>GRAYSON ANN PIERSON<br><br><br>Debtor(s). | Chapter 13<br>Case No.: 6:22-bk-14509-WJ<br><br>**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF TRUSTEE, AND CLOSE CASE**<br><br>**(DISMISSED CASE)** |

TO: THE ABOVE NAMED DEBTOR(S), CREDITORS, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL OTHER PARTIES IN INTEREST:

    NOTICE IS HEREBY GIVEN that the Chapter 13 Trustee in the above-captioned case whose name and address is set forth in the upper left-hand corner of this notice, intends to file a Final Report, a summary of which is attached hereto; and

    NOTICE IS FURTHER GIVEN that in the event no objection is filed within thirty (30) days after the date of this Notice, the Court will discharge the Trustee and close the case (see 11 U.S.C. 350 (a) and Rule 5009, F.R.B.P.); and

    NOTICE IS FURTHER GIVEN that any objection together with a notice setting forth the date, time and location of the hearing on the objection, shall be filed with this Court and served upon the Chapter 13 Trustee at the address set forth above, upon the Debtor(s) and Debtor's attorney, if any, and upon the Office of the United States Trustee.

    Failure to schedule a hearing and serve notice thereof shall be deemed a waiver/withdrawal of any objection, and the case will be closed accordingly. Filing a claim or amended claim does not constitute filing an "objection" for purposes of case closing. Contact your attorney for more information.

    Executed on 7/11/2023 at Riverside, California.

                                                         */s/ Rod Oak*
                                                         _____
                                                    Rod Danielson, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

IN RE: GRAYSON ANN PIERSON
11355 8TH AVE
HESPERIA, CA 92345

Case No.: 6:22-bk-14509-WJ
Judge: Wayne E. Johnson

# FINAL REPORT AND ACCOUNT

This case was: **DISMISSED BEFORE CONFIRMATION**

SSN#1 - XXX-XX-9459
SSN#2 -

| This Case was: Commenced on 12/01/2022 | The Plan was: Not Confirmed | The Case was: Concluded on 07/06/2023 |
|---|---|---|

The trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all distributions through the above referenced Plan.

RECEIPTS: Amounts paid to the trustee by or for the Debtor for the benefit of creditors:   $29,134.00

DISTRIBUTIONS TO CREDITORS

| NAME OF CREDITOR | DESCRIPTION | CLASS | CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID | BALANCE DUE |
|---|---|---|---|---|---|---|
| AVANT / WEB BANK | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE NA | | NOT FILED | 888.16 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE NA | | NOT FILED | 410.91 | 0.00 | 0.00 | 0.00 |
| CARVANA LLC/ BRIDGECREST | 2018 MERCEDES-BENZ GL | SECURED | 42,895.61 | 2,000.00 | 714.93 | 40,895.61 |
| DESTINY CARD | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST DIGITAL | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| First Premier Bank | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST PROGRESS | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| HIGH DESERT CREDITORS | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| HIGH DESERT CREDITORS | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 19-21 TAXES | PRIORITY | 200,234.78 | 0.00 | 0.00 | 200,234.78 |
| INTERNAL REVENUE SERVICE | Split Claim | UNSECURED | 19,088.06 | 0.00 | 0.00 | 19,088.06 |
| LVNV FUNDING LLC | | NOT FILED | 1,239.22 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC | | NOT FILED | 919.95 | 0.00 | 0.00 | 0.00 |
| Midnight Velvet | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| MOHELA / DEPT OF EDUCATION | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| MOHELA / DEPT OF EDUCATION | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS LLC | STUDENT LOANS | NOT FILED | 263,607.33 | 0.00 | 0.00 | 0.00 |
| NEWREZ LLC | 1ST TD RENTAL ARRS | MORTGAGE ARR | 78,462.89 | 0.00 | 0.00 | 78,462.89 |
| NEWREZ LLC * * | 1ST TD RENTAL POST PET | SECURED ON-G( | 0.00 | 6,336.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES LLC | | NOT FILED | 179.86 | 0.00 | 0.00 | 0.00 |
| PYOD, LLC | N/S | NOT FILED | 4,346.83 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | N/S | NOT FILED | 271.63 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | CELTIC | NOT FILED | 149.99 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | 2018 MERCEDES BENZ C-( | SECURED | 16,716.57 | 1,000.00 | 278.61 | 15,716.57 |
| THE BANK OF MISSOURI | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | REFUNDS | TOTAL | PRIN & INT TOTAL PAID |
|---|---|---|---|---|---|---|
| CLAIM AMOUNT: | 144,411.07 | 200,234.78 | 291,101.94 | 0.00 | 635,747.79 | |
| PRINCIPAL PAID: | 9,336.00 | 0.00 | 0.00 | 0.00 | 9,336.00 | $10,329.54 |
| INTEREST PAID: | 993.54 | 0.00 | 0.00 | 0.00 | 993.54 | |

DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID THROUGH PLAN |
|---|---|---|
| NEXUS BANKRUPTCY | 2,500.00 | 0.00 |

CASE NO:  6:22-bk-14509-WJ                                                                                        GRAYSON ANN PIERSON

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| FILING FEE & DEPOSIT: 0.00 | TRUSTEE EXP. & COMPENSATION FUND: 2,640.79 | OTHER COST: 0.00 | TOTAL: 2,640.79 |
|---|---|---|---|

### NOTICE Re: Accuracy of Final Report

    The Final Report in this case will be filed not less than 30 days from today's date. The financial accounting portion of the Final Report represents an accurate summary of the fiscal transactions in this case.  However, other information contained in the Final Report, including the number and dates of debtor defaults and plan modifications,  "claim asserted" amounts, value of assets exempted or abandoned by court order, etc. may not reflect all information in the court's records, particularly in older or dismissed/converted cases.  You may wish to log onto the court's document website at www.pacer.com, if you wish to verify the accuracy of non-financial information in the Final Report. There is a charge for accessing this website.

DATED: July 11, 2023

_____
Rod Danielson, Chapter 13 Trustee

| In re: **GRAYSON ANN PIERSON** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number: **6:22-bk-14509-WJ** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF TRUSTEE AND CLOSE CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **07/11/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**BEN@NEXUSBK.COM**

☐ Service Information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On **7/11/2023** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
GRAYSON ANN PIERSON
11355 8TH AVE
HESPERIA, CA  92345

☐ Service Information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/11/2023 | TONY HO | /s/ Tony Ho |
|---|---|---|
| Date | Type Name | Tony Ho |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

JUNE 2012      **F 9013-3.1.PROOF.SERVICE**
FG:046      Page 4 of 4