Rod Danielson
Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501
Tel.: (951) 826-8000
Fax: (951) 826-8090

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

IN RE:

GRAYSON ANN PIERSON

Debtor(s).

Case No.:  6:22-bk-14509-WJ

**DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT**
**(DISMISSED CASE)**

On 07/11/2023, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account."  This office has not received any objection(s) to the Trustee's Draft Final Report & Account within the period permitted by Rule 5009, or if any objection was received, it was either resolved or determined to be meritless.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/19/2023 at Riverside, California.

Dated: 9/19/2023

_____
Rod Danielson, Chapter 13 Trustee

FG:049 - TH         - 09/19/2023